IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | : |
| | : Case No. 2:14-cv-01178 |
| **Plaintiff,** | : |
| | : |
| vs. | : |
| | : JUDGE ALGENON L. MARBLEY |
| | : |
| **JESSICA BUCKMAN** | : Magistrate Judge Kemp |
| **dba MVP SPORTS BAR &** | : |
| **BILLIARDS,** *et al.*, | : |
| | : |
| **Defendants.** | : |

## ORDER

On March 27, 2015, the United States Magistrate Judge recommended that Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment, (Doc. 10), against defendants Jessica Buckman and Michael Hutton be granted and that judgment be entered against defendants in the amount of $3,750.00 in statutory damages and $1,775.00 for attorneys' fees and costs. (*Report and Recommendation*, Doc. 12). Defendants were advised of their right to object to the recommendation and of the consequences for their failure to do so, but nevertheless have failed to file any objections.

The Report and Recommendation, (Doc. 12), is hereby **ADOPTED AND AFFIRMED**. Plaintiff's Motion for Default Judgment, (Doc. 10), is **GRANTED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** accordingly.

Algenon L. Marbley
United States District Judge

DATED: July 20, 2015